James L. McCRORY, Appellant,

v.

Kenneth D. and Rose GRANT.

No. 16085.

United States Court of Appeals
Eighth Circuit.

Oct. 9, 1958.

William C. Spire, U. S. Atty., and Robert H. Berkshire, Asst. U. S. Atty., Omaha, Neb., for appellant.

Robert B. Hamer and Charles A. Schorr, Omaha, Neb., for appellees.

PER CURIAM.

Appeal from District Court, 163 F. Supp. 210, dismissed, on dismissal of appeal by appellant.

DANIELS–McCRAY LUMBER COM-
PANY, Appellant,

v.

The PALTIER CORPORATION.

No. 15941.

United States Court of Appeals
Eighth Circuit.

Oct. 14, 1958.

Claude A. Fishburn and Byron Spencer, Kansas City, Mo., for appellant.

W. H. Curtis, Kansas City, Mo., Edward W. Osann, Jr., Chicago, Ill., and Jarrett Ross Clark, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 154 F. Supp. 635, dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

DU BOIS PLASTIC PRODUCTS, INC.,
et al., Appellants,

v.

UNITED STATES SAFETY SERVICE
CO., a Missouri Corporation.

No. 16084.

United States Court of Appeals
Eighth Circuit.

Oct. 20, 1958.

Thomas E. Scofield, Kansas City, Mo., and Conrad Christel, Buffalo, N. Y., for appellants.

Donald E. Johnson and C. Earl Hovey, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, on stipulation of parties.

UNITED STATES of America,
Appellant,

v.

Clifford Carl LEE.

No. 16081.

United States Court of Appeals
Eighth Circuit.

Oct. 20, 1958.

Clinton G. Richards, U. S. Atty., and Lyle E. Cheever, Asst. U. S. Atty., Sioux Falls, S. D., for appellant.

Agor, Bantz & Siegel, Aberdeen, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on request for dismissal of appeal filed by appellant.